

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/15/2013 01:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:12-bk-04198-JAF | 11 | 06/25/2012 |

Chapter 11

**DEBTOR:**  Rodney Williams

Kasey Williams

**DEBTOR ATTY:**  Joshua Dawes

**TRUSTEE:**  NA

**HEARING:**

*1. CONTINUED CONFIRMATION HEARING
2. Preliminary Hearing/Scheduling Conference re: Motion Pursuant to Section 1129(b) Class 5 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #184
*3. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 6 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #185
*4. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 8 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #186
*5. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 9 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #187
*6. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 10 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #188
*7. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 16 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #189
*8. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 17 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #190
*9. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 18 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #191

*10. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 19 (Regions Bank) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #192

11. Motion Pursuant to Section 1129(b) Class 20 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) (EOD: 06/11/2013)(20)

12. Motion Pursuant to Section 1129(b) Class 21 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) (EOD: 06/11/2013)(194)

*13. Application for Compensation   for Jason A Burgess, Debtor's Attorney, Fee: $11,782.11, Expenses: $1,263.89. For the period: January 2012/June 2013 Filed by Attorney Jason A Burgess (Burgess, Jason) (EOD: 06/11/2013)(183)

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** 1. CONFIRMED ORD/DAWES         2 -12. GRANTED ORD/DAWES         13. APPROVED ORD/DAWES


*1. CONTINUED CONFIRMATION HEARING

2. Preliminary Hearing/Scheduling Conference re: Motion Pursuant to Section 1129(b) Class 5 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #184

*3. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 6 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #185

*4. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 8 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #186

*5. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 9 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #187

*6. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 10 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #188

*7. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 16 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #189

*8. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 17 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #190

*9. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 18 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #191

*10. PRELIMINARY HEARING/SCHEDULING CONFERENCE RE: Motion Pursuant to Section 1129(b) Class 19 (Regions Bank) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) Doc #192

11. Motion Pursuant to Section 1129(b) Class 20 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) (EOD: 06/11/2013)(20)

12. Motion Pursuant to Section 1129(b) Class 21 (Navy Federal Credit Union) Filed by Joshua Dawes on behalf of Joint Debtor Kasey Drake Williams, Debtor Rodney Lee Williams (Dawes, Joshua) (EOD: 06/11/2013)(194)

*11. Application for Compensation for Jason A Burgess, Debtor's Attorney, Fee: $11,782.11, Expenses: $1,263.89. For the period: January 2012/June 2013 Filed by Attorney Jason A Burgess (Burgess, Jason) (EOD: 06/11/2013)(183)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.